UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:14-cv-06899-SVW-MAN | Date | February 2, 2015 |
|---|---|---|---|
| Title | Joel D.Joseph v. Costco Wholesale Corporation et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Joel D. Joseph, pro se | Cheryl S Chang |
| | Trenton H Norris |

**Proceedings:**   [36] MOTION to Dismiss Plaintiff's Second Amended Complaint filed by Defendant Apotex Corporation, Costco Wholesale Corporation
[37] MOTION to Dismiss Case [Second Amended Complaint] filed by defendant Costco Wholesale Corporation
Plaintiffs MOTION  and Motion for a Preliminary Injunction
[39] MOTION FOR PRELIMINARY INJUNCTION. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF filed by Plaintiff Joel D. Joseph

    Hearing held.  The Court marks the prescription bottle of the plaintiff as Court Exhibit One.  The motions are submitted.  Order to issue.

| | : | 45 |
|---|---|---|
| | Initials of Preparer | PMC |